UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    04 CR. 861 (DLC)
UNITED STATES OF AMERICA,                :
                                         :         ORDER
        -v-                              :
                                         :
LEV TRAKHTENBERG,                        :
                    Defendant.           :
                                         :
-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/05

DENISE COTE, District Judge:

    ORDERED that the sentence date previously scheduled for February 25, 2005 is adjourned to March 10, 2005 at 2 p.m.

    IT IS FURTHER ORDERED that the Government response to the defendant's sentencing brief is extended to February 28, 2005.

    IT IS FURTHER ORDERED that defendant's reply, if any, shall be due by noon on March 7, 2005.

    SO ORDERED:

Dated:    New York, New York
          February 24, 2005

                                                     DENISE COTE
                                      United States District Judge